**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            Case No:  6:14-cv-1772-Orl-40KRS

SABRINA D. MILLER,

      Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. 10) filed on January 21, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 17, 2015 (Doc. 11), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Default Judgment (Doc. 10) is **GRANTED**.

3. The Court **FINDS** Sabrina D. Miller liable to the United States of America in the amount of $1,706.99 plus accrued prejudgment interest through March 10, 2015.

4. The Court **AWARDS** the United States attorney's fees in the amount of $980.00 and costs in the amount of $35.00.

5. The United States is **DIRECTED** to submit a proposed judgment with the prejudgment interest properly calculated as of March 10, 2015.

**DONE AND ORDERED** in Orlando, Florida on March 10, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties